**No. 11-5496. Donald Stanton Shealey, Petitioner v. United States.**

565 U.S. 911, 132 S. Ct. 320, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 5870.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 641 F.3d 627.

**No. 11-5497. Joseph Swafford, Petitioner v. United States.**

565 U.S. 911, 132 S. Ct. 320, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 6142.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 639 F.3d 265.

**No. 11-5498. Daniel Richards, Petitioner v. Ben Curry, Warden.**

565 U.S. 911, 132 S. Ct. 320, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 6283.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-5499. John Moses Schoppe-Rico, Petitioner v. California.**

565 U.S. 911, 132 S. Ct. 320, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 6279.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 11-5500. David Stebbins, Petitioner v. Wal-Mart Stores, Inc.**

565 U.S. 911, 132 S. Ct. 320, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 6268.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5501. Derrick Vincent Redd, Petitioner v. United States.**

565 U.S. 911, 132 S. Ct. 320, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 5904.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 255.

**No. 11-5502. Ali El Ghannam, Petitioner v. Suburban Hospital Inc., et al.**

565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 6191,

October 3, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 196 Md. App. 714 and 196 Md. App. 732.

**No. 11-5503. Mackie L. Shivers, Jr., Petitioner v. United States.**

565 U.S. 911, 132 S. Ct. 321, 181 L. Ed. 2d 198, 2011 U.S. LEXIS 5896.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 427 Fed. Appx. 697.